## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BYRON BREEZE, JR., *an individual*, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 1:20-cv-02844-TNM |
| | * |
| HENLEY PARK HOTEL, INC., | * |
| d/b/a Henley Park Hotel, | * |
| *a District of Columbia corporation*, | * |
| | * |
| Defendant. | * |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff BYRON BREEZE, JR., by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal as to defendant HENLEY PARK HOTEL, INC.

Dated this 4th day of **June,** 2021.

                                                Respectfully Submitted,

                                                BASHIAN & PAPANTONIOU, P.C.
                                                *Attorneys for Plaintiff*
                                                500 Old Country Road, Ste. 302
                                                Garden City, NY 11530
                                                Tel:   (516) 279-1554
                                                Fax:  (516) 213-0339

                                                By:  */s/ Erik M. Bashian*
                                                ERIK M. BASHIAN, ESQ.
                                                D.C. Bar No. 1657407
                                                eb@bashpaplaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **4th** day of **June,** 2021.

By: */s/ Erik M. Bashian, Esq.*
ERIK M. BASHIAN, ESQ.
eb@bashpaplaw.com

D.C. Bar No. 1657407
